UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 17-00374-001 (RMB) |
| | : | |
| v. | : | 18 U.S.C. § 1957 |
| | : | |
| BRETT COOPER | : | |
| | : | **INFORMATION** |

The defendant having waived in open court prosecution by indictment and the applicable statute of limitations, the Acting United States Attorney for the District of New Jersey charges:

On or about October 1, 2010, in the District of New Jersey and elsewhere, defendant

**BRETT COOPER**

did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 affecting interstate and foreign commerce, namely the transferring of fraudulently received investment funds by wire transfer, as set forth below, for purposes not related to the investments, which funds were derived from a specified unlawful activity, namely wire fraud, contrary to Title 18, United States Code, Section 1343:

| DATE OF TRANSACTION | ORIGINATING BANK ACCT | TYPE OF TRANACTION | AMOUNT |
|---|---|---|---|
| October 1, 2010 | Peninsula Waterfront Development LP, Account Number ending in 5061 at JP Morgan Chase Bank | Wire Transfer to Dream Holdings LLC Account Number ending in 8041 at Citibank | $ 109,500.00 |

In violation of Title 18, United States Code, Sections 1957.

*[signature]*
WILLIAM E. FITZPATRICK
ACTING UNITED STATES ATTORNEY